UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BRUCE K. BROWN #464263,

    Plaintiff,

v.

    Case No. 2:24-cv-77

UNKNOWN STOREY,

    HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: September 8, 2025

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge